UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA                         :
                                                 :    10 CR 309 (VM)
                            Plaintiff,           :
                                                 :
     - against -                                 :    **ORDER**
                                                 :
MARJORIE FLOYD et al.,                           :
                                                 :
                            Defendants.          :
------------------------------------------------X
**VICTOR MARRERO**, United States District Judge.

    For the reasons stated on the record of this action on October 22, 23, 24 and 25, 2012, the Court directs Attorney Benjamin Morton ("Morton") to pay to the Clerk of Court a sum of $700 as sanctions for lateness at the beginning of proceedings on four consecutive days during the trial of this case, despite warnings by the Court after each incident about the prospect that it would impose sanctions for repeated offenses. Morton is directed to make payment within ten (10) days of the date of this Order. In the event Morton fails to comply with this Order by the date indicated, the amount of the sanctions shall increase by $100 for each additional day by which payment remains due.

**SO ORDERED.**

Dated:     New York, New York
           25 October 2012

                                                   VICTOR MARRERO
                                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/12