

# FELLHEIMER & EICHEN LLP

ALAN S. FELLHEIMER
ALAN@FELLHEIMER.NET

November 19, 2013

By Facsimile (212-805-6382)
Honorable Victor Marrero
U.S. District Judge for the U.S. District Court
for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/13
```

RE: *United States v. Owens (10-cr-0309)*

Dear Judge Marrero,

We represent Defendant Robert Jeremiah Owens in the above-referenced case.

Mr. Owens requests that he be permitted to visit his 97 year old Mother in South Carolina for Thanksgiving – November 25 through December 1, 2013. This will necessitate his deferring his Halfway House obligation for the period.

Mr. Owens has been attending the Halfway House as Ordered, with the exception of the period of October 14, 2013 through November 5, 2013 while he was suffering from Shingles which he contracted at the Halfway House. Mr. Owens is particularly susceptible to such communicable diseases due to his chronically low white blood cell count with which he has suffered for the past fourteen years.

Respectfully,

Alan S. Fellheimer
*Attorney for Robert Jeremiah Owens*

cc: (by facsimile and email)
Matthew Schwartz, Esquire, Assistant U.S. Attorney
Stanley Whitstone, U.S. Probation Officer

> Request GRANTED. The release conditions of defendant __Robert Owens__ herein are modified to permit travel to __South Carolina__ on __11-25-13__ thru __12-1-13__ for the purposes and on the terms and conditions set forth above.
>
> SO ORDERED:
>
> 11-19-13
> DATE          VICTOR MARRERO, U.S.D.J.

NEW YORK
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
646.833.0383

PHILADELPHIA
Two Liberty Place
50 South 16th Street, 34th Floor
Philadelphia, PA 19102
215.253.6630

NEW JERSEY
Five Greentree Center, Suite 104
Marlton, NJ 08053
856.817.6215